# EXHIBIT A -REDACTED

Vinesign Document ID: 14CFBD7D-293F-491A-9352-58939E164E1C

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | E-01/25-56717<br>28E-2025-00331 |

**Missouri Commission on Human Rights** and EEOC

FILED
JAN 24 2025
"MCHR"

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. David Ellenberger | HOME TELEPHONE (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>61 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Galls LLC | NUMBER OF EMPLOYEES, MEMBERS<br>1,200+ | TELEPHONE (Include Area Code)<br>816 363 6700 |
|---|---|---|
| STREET ADDRESS<br>2720 Burlington St. | CITY, STATE AND ZIP CODE<br>Kansas City, MO 64116 | COUNTY<br>Clay |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☒ DISABILITY  ☐ Other

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): Nov 2021
LATEST (ALL): Nov 15, 2024

☐ CONTINUING ACTION

**PARTICULARS:** Until November 15, 2024, I was employed with Galls LLC as a Regional Account Executive (RAE). I am 63 years old. I worked with 6 other RAEs in the southeast region, all of whom are in their 20s and 30s. Over the past three years, I have been treated differently because of my age, particularly by my former supervisor, Regional Director of Sales, Billy Devault. The other, younger, RAEs received more training and in-person visits from Devault than I did. I received only two days of in person training in the past three years, while the newest regional team member, Taylor Kostas, received at least 6 in person training visits from Devault in just 3 months. Devault also has provided substantially more feedback and career coaching to younger RAEs, Elise Blanchard, Jaron Doane, Tim Chavez and Shannon Johnson, than he has for me. For example, Devault met with those younger RAEs frequently to discuss their performance, yet he cancelled 54 of 69 scheduled meetings with me. Devault also isolated me from social events. When our team attended the annual corporate summit in Lexington, KY, in September 2023, Devault excluded me from social gatherings and outings but invited the younger RAEs to attend. At the annual summit, I told Devault that I needed to have a total knee replacement and would need to apply for leave under the Family and Medical Leave Act (FMLA). Devault told me not to apply for FMLA but to instead use my paid time off (PTO) and work from home during the surgery and recovery. I spoke with him about my concerns about being unable to drive for 2 months and how it would affect my sales performance, but he told me not to worry. I consulted HR and they essentially told me to do what Devault wanted me to do in terms of utilizing leave. I had knee surgery in January of 2024 and did not take FMLA leave as Devault instructed. As expected, I could not drive an automobile to visit customers for two months due to my recovery and this impacted my sales performance. On January 7, 2024, three days after my surgery and while I was heavily medicated, Devault called me to tell me I had missed my goal for quarter 4 and quarter 1 and that I was being put on a Performance Improvement Plan (PIP). I had previously told Devault that I would likely miss my quarter 1 and quarter 2 goals because of my physical limitations, including not being able to drive. During the phone call, about the PIP, Devault told me to create an action plan and that he would work with me and train me to improve my performance. However, he did not call me or visit me and did not respond to my calls or emails about the PIP action plan. Elise Blanchard and Jaron Doane have told me that Devault met with them during that time to improve their sales skills. When I asked Devault for support and advice, he would tell me that training me was not his job. In April 2024, I told Devault that my doctor had found a tumor on my brain, and I would need to take PTO to receive some treatments. Devault told me not to worry about it and to take care of myself. I utilized FMLA for a portion of my time off work, in addition to PTO. When I returned to work September 9, 2024, Devault refused to give me a prorated commission check even though I had exceeded my sales goal by 11%. Devault told me that I

The signed document can be validated at https://app.vinesign.com/Verify

would not get a check because my commission was too small. When I was terminated on November 15, 2024, Devault told me it was because of my sales performance. He told me I had missed three quarters of sales goals. I missed the first two quarters of sales goals due to my knee surgery and recovery and exceeded my quarter three sales goal by 11%. Additionally, it is important to note that in his presentations to leadership. Devault always showed that I was meeting expectations. I believe the reason given for my termination, poor sales performance, was a pre-text for the real reason for my termination, my age and disability/perceived disability. Other, younger, team members missed multiple sales goals in 2024 without facing termination—RAE Shannon Johnson missed 3 consecutive quarters (Q2, Q3, and Q4) and was not terminated, RAE Elise Blanchard missed 3 consecutive quarters (Q1, Q2, and Q3) and was not terminated, and Regional Account Manager Graham Hensley missed 3 consecutive quarters (Q2, Q3, and Q4) without facing termination. Additionally, Devault gave me a disproportionately unrealistic sales goal plan knowing that I had lost over $660,000 in my book of business, through no fault of my own, while other, younger, RAEs did not lose the same amount. My sales goal was increased by 14.5% in 2024 and the younger RAE's goals were only increased by 10%. As a result of the discrimination I faced, based on my age and disabilities/perceived disabilities, I have suffered and will continue to suffer emotional distress, lost wages, and lost benefits.

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 01/23/2025 *David Ellenberger* <br> Date      Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (Day, month, and year) |

FILED

JAN 24 2025

"MCHR"