# EXHIBIT B -REDACTED



**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
**MISSOURI COMMISSION ON HUMAN RIGHTS**

| MIKE KEHOE | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

July 28, 2025

David Ellenberger

Via email: aschiavone@hslawllc.com

**NOTICE OF RIGHT TO SUE**

RE: Ellenberger v. Galls LLC, E-01/25-56717; 28E-2025-00331

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

CC: Additional Contacts Listed on Next Page

*The Missouri Commission on Human Rights is an equal opportunity employer/program.
Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966 • Relay Missouri: 711 • www.labor.mo.gov/discrimination • Email: mchr@labor.mo.gov

Case 4:25-cv-00801-BP   Document 1-2   Filed 10/14/25   Page 2 of 2